

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2020

No. 04-19-00590-CR

Derwin Ray **ROBINSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1021
Honorable Frank J. Castro, Judge Presiding

# O R D E R

On February 24, 2020, we ordered this appeal abated and remanded the matter to the trial court to conduct a hearing to determine: (1) whether appellant desired to prosecute his appeal; (2) whether appellant was indigent; and (3) whether appellate counsel abandoned the appeal. On April 15, 2020, the trial court held a hearing and prepared findings of fact stating appellant did not wish to prosecute his appeal and appellate counsel would be filing a motion to dismiss and withdraw.

Based on the foregoing, we **ORDER** the abatement lifted and the appellate deadlines reinstated. If appellate counsel seeks to have this appeal voluntarily dismissed as indicated in the findings of fact, she must file a motion that complies with Texas Rule of Appellate Procedure 42.2(a) **by May 18, 2020**. Otherwise, the appellant's brief is past due and appellant is **ORDERED** to file the brief **by June 1, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2020.



Michael A. Cruz,
Clerk of Court